**REASONS FOR SETTLEMENT**

This statement accompanies the Stipulated Order for Permanent Injunction, Civil Penalty Judgment, and Other Relief ("Order") executed by defendant Amazon.com, Inc. ("Defendant") in settlement of an action seeking injunctive relief, civil penalties, and other relief for Defendant's violations of Section 609(e) of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681g(e). The Order imposes injunctive relief and requires that Defendant pays $2,250,000 as a civil penalty.

Pursuant to Section 5(m)(3) of the FTC Act, 15 U.S.C. § 45(m)(3), the Commission hereby sets forth its reasons for settlement by entry of the Order:

Based on the allegations contained in the Complaint for Permanent Injunction, Civil Penalty Judgment, and Other Relief, and the factors set forth in Section 5(m)(1)(C) of the FTC Act, 15 U.S.C. § 45(m)(1)(C), the Commission believes that entry of the Order is appropriate and in the public interest.

First, the $2,250,000 civil penalty and the injunctive provisions in the Order constitute an effective means to ensure Defendant's future compliance with the law and deter others from engaging in similar violations.

Second, the Order is consistent with past orders entered in cases involving similar violations of the FCRA.

Finally, with the entry of the Order, the time and expense of litigation against the Defendant will be avoided.

For the foregoing reasons, the Commission believes that settlement by entry of the attached Order is justified and well within the public interest.